# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:99cr84-02/RV

DEBORAH STUCK VEITH

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   May 28, 2009

Motion/Pleadings:   Motion to transfer funds

Filed by   United States     on  5/27/2009      Doc.#    88

RESPONSES:

                                        on         Doc.#

                                        on         Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

  s/Jerry Marbut

LC (1 OR 2)        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  15th  day of  June  , 2009, that:*

*(a) The relief requested is GRANTED.*

*(b) _____*

                                     /s/ *Roger Vinson*

                                     *ROGER VINSON*
                            *Senior United States District Judge*