UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                                 Case No.: 3:99cr84 - RV

DEBORAH STUCK VEITH
_____/

**O R D E R**

In relation to the parties' joint filing of June 30, 2009, the Court clarifies its April 22, 2008, order as follows:

1. In issuing the April 22, 2008, order it was the Court's intent that Defendant not be subjected to tax liability or penalty. The Court's order granting the government's writs of execution was entered after an adversarial hearing and the Defendant's objections are adequately reflected in the April 22, 2008, hearing transcript.

2. The Defendant may raise the issue of compensation before this Court should the Internal Revenue Service impose tax liability or penalty due to the Court's April 22, 2008, order.

3. The Court's June 15, 2009, order remains in full force and effect. Defendant's June 15, 2009, motion is denied as moot.

SO ORDERED this 2nd day of July, 2009.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE